## REPRESENTATION STATEMENT

Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Circuit Rule 3-2, counsel of record for Defendants MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, JEAN ADELE PEAVY, LAURA SIEGEL LARSON, individually and as personal representative of the ESTATE OF JOANNE SIEGEL, PACIFIC PICTURES CORPORATION, IP WORLDWIDE, LLC, IPW, LLC, and MARC TOBEROFF, hereby provide the Court with the following list of all parties and attorneys in the appeal:

1. MARK WARREN PEARY, as personal representative of the ESTATE OF JOSEPH SHUSTER, Defendant, JEAN ADELE PEAVY, Defendant, and LAURA SIEGEL LARSON, individually and as personal representative of the ESTATE OF JOANNE SIEGEL, Defendants, are represented by:

    Marc Toberoff, Keith G. Adams, and Pablo D. Arredondo
    TOBEROFF & ASSOCIATES, P.C.
    22337 Pacific Coast Highway #348
    Malibu, California 90265
    Telephone No. (310) 246-3333; Facsimile No. (310) 246-3101

2. PACIFIC PICTURES CORPORATION, Defendant, IP WORLDWIDE, LLC, Defendant, IPW, LLC, Defendant, and MARC TOBEROFF, Defendant, are represented by:

    Richard B. Kendall, Laura W. Brill, and Nicholas F. Daum
    KENDALL BRILL & KLIEGER LLP
    10100 Santa Monica Blvd., Suite 1725
    Los Angeles, California 90067
    Telephone No. (310) 556-2700; Facsimile No. (310) 556-2705

3. DC COMICS, Plaintiff, is represented by:

    Daniel M. Petrocelli, Matthew T. Kline, and Cassandra L. Seto

    O'MELVENY & MYERS LLP

    1999 Avenue of the Stars, 7th Floor

    Los Angeles, California 90067

    Telephone No. (310) 553-6700; Facsimile No. (310) 246-6779