**FILED**

**DEC 31 2012**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DC COMICS,<br><br>  Plaintiff - Appellee,<br><br> v.<br><br>PACIFIC PICTURES CORPORATION; et al.,<br><br>  Defendants - Appellants. | No. 12-57245<br><br>D.C. No. 2:10-cv-03633-ODW-RZ<br>Central District of California,<br>Los Angeles<br><br>ORDER |

This case has been assigned to the panel that has CA Nos. 11-55863, 11-56034 and 11-56934.

FOR THE COURT:

MOLLY C. DWYER
Clerk of Court

By: Wendy Lam
Deputy Clerk