**FILED**

UNITED STATES COURT OF APPEALS

JAN 07 2013

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DC COMICS, | No. 12-57245 |
| Plaintiff - Appellee, | D.C. No. 2:10-cv-03633-ODW-RZ<br>Central District of California,<br>Los Angeles |
| v. | |
| PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF; MARK WARREN PEARY, as personal representative of the Estate of Joseph Shuster; LAURA SIEGEL LARSON, individually and as personal representative of the Estate of Joanne Siegel; JEAN ADELE PEAVY, | ORDER |
| Defendants - Appellants. | |

Before: REINHARDT and THOMAS, Circuit Judges, and SEDWICK, District Judge.[*]

The briefing schedule in this case is expedited as follows: Appellants' opening brief is due February 15, 2013. Appellee's answering brief is due March 15, 2013. Appellants' optional reply brief is due 14 days after service of the answering brief.

---

[*] The Honorable John W. Sedwick, Senior U.S. District Judge for the District of Alaska, sitting by designation.