APPELLATE CASE NO. 12-57245

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

DC COMICS,

*Plaintiff – Appellee,*

v.

PACIFIC PICTURES CORPORATION ET AL.,

*Defendants – Appellants.*

**APPELLANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE OPENING BRIEF**

Appeal From The United States District Court for the Central District of California,
Case No. CV-10-03633 ODW (RZx), Hon. Otis D. Wright II

TOBEROFF & ASSOCIATES, P.C.
Marc Toberoff (188547)
  mtoberoff@toberoffandassociates.com
Keith G. Adams (240497)
  kgadams@toberoffandassociates.com
Pablo D. Arredondo (241142)
  parredondo@toberoffandassociates.com
22337 Pacific Coast Highway #348
Malibu, California 90265
Telephone:   (310) 246-3333
Facsimile:    (310) 246-3101

*Attorneys for Defendants-Appellants, Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, and Jean Adele Peavy, and Laura Siegel Larson, individually and as personal representative of the Estate of Joanne Siegel*

Pursuant to Fed. R. App. P. 26(b) and Ninth Cir. Rule 31-2.2(b), Defendants-Appellants Mark Warren Peary, Jean Adele Peavy, Laura Siegel Larson, Pacific Pictures Corporation, IP Worldwide, LLC, IPW, LLC and Marc Toberoff, (collectively "Defendants") respectfully move for an 18-day extension of time to file their Opening Brief and excerpts of record, from February 15, 2013 to March 5, 2013.

## BACKGROUND

When the appeal was initially filed on December 12, 2012, the Court set a briefing scheduling where Defendants' Opening Brief would be due on June 24, 2013. On December 31, 2012, the Clerk of the Court entered an order assigning the case to the same panel that had recently heard two related appeals – an appeal of the denial of an anti-SLAPP order in this case (Appeal No. 11-56934), and cross-appeals (Appeal Nos. 11-55863, 11-56034) of a Rule 54(b) judgment in a related case, *Larson v.Warner Bros. Entertainment, Inc.*, C.D. Cal. Case No. 04-CV-08400 ODW (RZx). On January 7, 2013, the Court *sua sponte* expedited the briefing schedule and advanced the deadline for the Opening Brief by over four months, to February 15, 2013. Dkt. 5. On January 14, Defendants filed a "streamlined request" via the ECF system for an extension of time to file their Opening Brief on March 5, 2013 (Dkt. 6); the Clerk did not approve this request on the basis that the appeal had already been assigned to a panel, but invited

1

Defendants to file a written motion under Ninth Circuit Rule 31-2.2.(b). Dkt. 7.

## ARGUMENT

Good cause exists for the requested extension for several reasons.

1. The issues in this appeal are complex and counsel requires additional time to prepare an Opening Brief that will most effectively assist the Court in resolving the issues raised. Declaration of Marc Toberoff ("TD"), ¶2. These important issues entail novel issues of copyright law, including the effect and meaning of two prior published Ninth Circuit decisions, *Milne v. Stephen Slesinger, Inc.*, 430 F.3d 1036, 1040 (9th Cir. 2005), and *Classic Media, Inc. v. Mewborn*, 532 F.3d 978 (9th Cir. 2008). The appeal will determine whether the notice of termination filed by the estate of Superman's co-creator, Joseph Shuster, pursuant to 17 U.S.C. § 304(d) (the "Shuster Termination"), is effective, and whether the Shuster Estate co-owns any Superman copyrights.

2. Defendants' counsel is a boutique copyright litigation firm, comprised of four attorneys, which has numerous competing commitments that further justify the brief extension requested. TD, ¶3. In this case alone, DC Comics has a pending motion for attorney's fees at the district court, with an opposition due on February 4, 2013 (TD, Ex. B), and will move for summary judgment on at least two of its remaining claims. TD, Ex. A. In the related *Larson* case, litigation is expected to immediately recommence after a mandate issues (on or about January

31, 2013). TD, Ex. D. On January 25, 2013, in *The Ray Charles Foundation v. Raenee Robinson, et al.*, C.D. Cal. Case No. 12-CV-02725 ABC (FFMx), the Court (Audrey B. Collins, J.) granted an anti-SLAPP motion filed by counsel on behalf of the children of recording artist Ray Charles, and ordered that counsel submit judgment-related documents, including a detailed fee application, by February 11, 2013. TD, Ex. C.

3. The effective date of the Shuster Termination (October 26, 2013) should not materially impact this short extension.

4. Plaintiff-Appellees have indicated that they do not oppose this motion: "DC takes no position regarding defendants' request. We defer to the panel and its schedule." TD, Ex. D.

## **CONCLUSION**

For the foregoing reasons, Defendants respectfully request that the deadline to file their Opening Brief be extended from February 15, 2013 to March 5, 2013.

Dated: January 30, 2013        TOBEROFF & ASSOCIATES, P.C.

/s/ Marc Toberoff
Marc Toberoff

Attorneys for Defendants-Appellants,
Mark Warren Peary *et al.*

3

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Federal Rules of Appellate Procedure 27(d) and 32(a), I certify that Defendants-Appellants' motion is proportionately spaced, has a typeface of 14 points or more, and does not exceed 20 pages.

Dated:  January 30, 2013          TOBEROFF & ASSOCIATES, P.C.

/s/ Marc Toberoff
Marc Toberoff

Attorneys for Defendants-Appellants,
Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, and Jean Adele Peavy, and Laura Siegel Larson, individually and as personal representative of the Estate of Joanne Siegel

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was served electronically by the Court's ECF system and by first class mail on those parties not registered for ECF pursuant to the rules of this court.

Dated: January 30, 2013     TOBEROFF & ASSOCIATES, P.C.

/s/ Pablo D. Arredondo
Pablo D. Arredondo

Attorneys for Defendants-Appellants,
Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, and Jean Adele Peavy, and Laura Siegel Larson, individually and as personal representative of the Estate of Joanne Siegel