APPELLATE CASE NO. 12-57245

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

DC COMICS,
*Plaintiff – Appellee,*

v.

PACIFIC PICTURES CORPORATION ET AL.,

*Defendants – Appellants.*

**DECLARATION OF MARC TOBEROFF IN SUPPORT OF APPELLANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF**

On Appeal From The United States District Court for the Central District of California,
Case No. CV-10-03633 ODW (RZx), Hon. Otis D. Wright II

TOBEROFF & ASSOCIATES, P.C.
Marc Toberoff
 *mtoberoff@toberoffandassociates.com*
Keith G. Adams (240497)
 *kgadams@toberoffandassociates.com*
Pablo D. Arredondo (241142)
 *parredondo@toberoffandassociates.com*
22337 Pacific Coast Highway, #348
Malibu, CA 90265
Telephone:   (310) 246-3333
Facsimile:    (310) 246-3101

*Attorneys for Defendants-Appellants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, and Laura Siegel Larson, individually and as personal representative of the Estate of Joanne Siegel*

## DECLARATION OF MARC TOBEROFF

I, Marc Toberoff, declare as follows:

1. I am an attorney at the law firm of Toberoff & Associates, P.C., counsel of record for Defendants-Appellants Mark Warren Peary, as personal representative of the Estate of Joseph Shuster, Jean Adele Peavy, and Laura Siegel Larson, individually and as personal representative of the Estate of Joanne Siegel ("Defendants"). I am also counsel of record for Defendants in the underlying case of *DC Comics v. Pacific Pictures Corp. et al.*, Case No. CV-10-03633 ODW (RZx) ("*DC Comics*") and for appellant Laura Siegel Larson in the related case *Larson v. Warner Bros. Entertainment, Inc.*, C.D. Cal. Case No. 04-CV-08400 ODW (RZx) ("*Larson*"). I am a member in good standing of the State Bar of California and submit this declaration in support of Appellants' Unopposed Motion For An Extension Of Time To File Opening Brief pursuant to Ninth Cir. Rule 31-2.2(b). I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently to such facts under oath.

2. The issues in this appeal are complex and Defendants' counsel requires additional time to prepare an opening brief that will most effectively assist the Court in resolving the issues raised.

3. My firm, Toberoff and Associates, P.C. is a boutique copyright litigation firm, comprised solely of myself and three associates.

1

4. Attached hereto as Exhibit "A" is a true and correct copy of an e-mail sent from Matthew Kline, counsel for DC Comics, to my colleagues Keith Adams and Pablo Arredondo, dated November 6, 2012.

5. Attached hereto as Exhibit "B" is a true and correct copy of a January 22, 2013 order of the district court in the case below, entered at Docket No. 564.

6. Attached hereto as Exhibit "C" is a true and correct copy of relevant excerpts from the district court's January 28, 2013 order in *The Ray Charles Foundation v. Raenee Robinson, et al.*, C.D. Cal. Case No. 12-CV-02725 ABC (FFMx), entered at Docket No. 41.

7. Attached hereto as Exhibit "D" is a true and correct copy of a January 29, 2013 e-mail chain between Keith Adams and Matthew Kline, counsel for plaintiff DC Comics.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of January, 2013 at Malibu, California.

                                            Marc Toberoff



Pablo Arredondo <parredondo@toberoffandassociates.com>

## DC Comics v. Pacific Pictures

**Kline, Matthew** <mkline@omm.com>  Tue, Nov 6, 2012 at 12:11 PM
To: "Keith Adams (kgadams@ipwla.com)" <kgadams@ipwla.com>, "Pablo Arredondo (parredondo@ipwla.com)" <parredondo@ipwla.com>
Cc: "Petrocelli, Daniel" <dpetrocelli@omm.com>, "Seto, Cassandra" <cseto@omm.com>, "Tokoro, Jason" <jtokoro@omm.com>, "Lens, Molly" <mlens@omm.com>, "Marc Toberoff (mtoberoff@ipwla.com)" <mtoberoff@ipwla.com>, Richard Kendall <rkendall@kbkfirm.com>, "lbrill@kbkfirm.com" <lbrill@kbkfirm.com>, Nicholas Daum <ndaum@kbkfirm.com>

Counsel:

We understand that defendants intend to file a Rule 54 motion this week concerning DC's First and Third Claims in the *Pacific Pictures* case. DC will oppose the motion because this case can, within the next few months, be brought to a final and decisive conclusion. Any appeal now would be inefficient and premature. Indeed, we are very concerned that defendants have filed so many interlocutory appeals in this case (five now)--all in an effort to forum-shop, and to stymie this case from being fully and finally adjudicated. We hope we can convince you, for the reasons below, not to file your motion. In any event, we wanted to make sure you had DC's position on these issues and that you accurately representing that position to the Court, including by submitting this letter with any filing.

The reasons for not filing a Rule 54 motion now are many. Among them:

1. DC has a pending motion concerning its Fifth Claim that ultimately could help resolve that claim. That motion, which is set for hearing in a few weeks, should be resolved before we litigate whether a piecemeal appeal should be taken on DC's other claims.

2. Relatedly, since defendants will not stipulate to judgment on DC's Sixth Claim based on the Court's ruling on DC's Third Claim, DC will need to move for summary judgment on that claim as well. That issue is narrow and should be resolved before any Rule 54 appeal is taken.

3. DC's Fourth Claim could soon be resolved as well--either on summary judgment in DC's favor, or absent that, following a short trial.

4. DC intends to seek certain of its fees and costs on its First and Third Claims, as is its right. Those issues should be adjudicated before any appeal premised on those Claims is taken.

5. The *Superboy* case can and should be resolved now. As the remaining open issues in

**Exhibit A**

3

that case are narrow, and DC is entitled to judgment as a matter of law, we intend to file a motion seeking summary judgment.

6. Before any appeal, including a Rule 54 appeal, is brought on DC's First and Third Claims against the Shusters, DC believes a court-ordered mediation with the Shuster family would be potentially productive. In the wake of the Court's summary judgment ruling, the family (a) no longer has to labor under the unlawful consent agreements; and (b) should now have a more sober assessment of their claims. *Cf.* Peary Depo. at 357:22-358:16 ("Q. So you -- you understand that given that the estate has already given up an interest in Superboy, and the estate could lose this case and the court could find that the Shuster termination notice is invalid, that you as executor could yield the estate zero. You have entertained that as a possible outcome, correct? MR. TOBEROFF: Assumes facts. Lacks foundation. You can answer in the most general fashion without going into any details….. THE WITNESS: I've only considered that like I would an asteroid hitting us and wiping out life on earth."). We will be asking the Court, pursuant to its Local Rules, to order such a mediation. We believe any appeal the Shusters take will be rejected, and the Court's summary judgment ruling will be affirmed, but DC is willing to discuss the saved costs of not having to brief the appeal as part of a settlement discussion.

In short, we suggest that we all take a pause this week and consider the best schedule and way to manage and fully resolve these cases. To that end, we hereby request a meet and confer on the issues set forth above on Tuesday, November 13, at 10 a.m. We can have that meeting in our office. At all events, the parties should strive to bring this case to a final, decisive end on all of the claims presented. Further piecemeal appeals are only a distraction and will delay matters and increase costs.

All of DC's rights are reserved.


Thanks,


Matt Kline

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Matthew T. Kline**
O'Melveny & Myers LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
Phone: (310) 246-6840
Fax: (310) 246-6779
mkline@omm.com
www.omm.com

**Exhibit A**
**4**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 10-3633 ODW (RZx) | Date | January 22, 2013 |
|---|---|---|---|
| Title | *DC Comics v. Pacific Pictures Corp. et al.* | | |

| Present: | The Honorable Otis D. Wright II, United States District Judge |
|---|---|

| Sheila English | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings (In Chambers):** Order Withdrawing ECF No. 563

**ON THE COURT'S OWN MOTION**, the Court's January 22, 2013 Minute Order (ECF No. 563) Striking Docket Number 562 is hereby **WITHDRAWN**. Plaintiff DC Comics's Amended Motion for Attorneys' Fees (ECF No. 562) is hereby **ACCEPTED** for filing. Accordingly, DC Comics's Amended Motion—which only advances the hearing date from July 1, 2013 (*see* ECF No. 559), to February 25, 2013 at 1:30pm—supersedes DC Comics's originally filed Motion for Attorneys Fees (ECF No. 559). Defendants' Opposition is therefore due no later than February 4, 2013, and DC Comics's Reply (if any) is due no later than February 11, 2013.

**IT IS SO ORDERED**.

|  | ---- | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | SE |

Exhibit B
5

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| THE RAY CHARLES FOUNDATION,<br><br>            Plaintiff,<br><br>    v.<br><br>RAENEE ROBINSON, et al.,<br><br>            Defendants. | CV 12-2725 ABC (FFMx)<br><br>ORDER RE: DEFENDANTS' MOTION TO STRIKE AND MOTION TO DISMISS |

    Pending before the Court are two motions filed on July 3, 2012, by Defendants Raenee Robinson, Ray Charles Robinson, Jr., Sheila Robinson, David Robinson, Robert F. Robinson, Reatha Butler, and Robyn Moffett: a Motion to Strike Plaintiff's State-Law Causes of Action Pursuant to California's Anti-SLAPP Law (Docket No. 15); and a Motion to Dismiss Plaintiff's Complaint (Docket No. 16). Plaintiff The Ray Charles Foundation (the "Foundation") opposed on July 23, 2012, and Defendants replied on August 13, 2012. The Court heard oral argument on September 24, 2012. The parties then filed supplemental briefs on

Exhibit C
6

the party whose rights are at issue" or that it "has a sufficiently close connection to [Warner/Chappell] to assert claims on that party's behalf." Pony v. Cnty. of Los Angeles, 433 F.3d 1138, 1147 (9th Cir. 2006). The Foundation also has not shown that Warner/Chappell is unable to assert its own interests here, if it so chooses. Thus, the Foundation does not have standing to assert Warner/Chappell's interests in seeking to invalidate the termination notices.

## CONCLUSION

The Court GRANTS Defendants' Motion to Strike and STRIKES the Foundation's state-law claims. The Court also GRANTS Defendants' motion to dismiss the Foundation's federal claim for lack of standing. Because all of the flaws identified are legal, any amendment would be futile and leave to amend is DENIED. See Reddy v. Litton Indus., Inc., 912 F.2d 291, 296 (9th Cir. 1990). **Defendants are ORDERED to lodge a proposed judgment dismissing this case with prejudice within 10 days of the date of this Order.** Moreover, because attorney's fees are mandatory under the anti-SLAPP statute, Defendants' request for attorney's fees is GRANTED. Defendants are ORDERED to file an application for fees no later than **February 11, 2013**. The Foundation may respond **no later than February 18, 2013,** and Defendants may reply **no later than February 25, 2013.** Once briefing is completed, the Court will take the matter under submission.

**IT IS SO ORDERED.**

**DATED: January 25, 2013** _____
**AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE**



Pablo Arredondo <parredondo@toberoffandassociates.com>

## DC Comics v. Pacific Pictures Corp., Appeal 12-57245

**Kline, Matthew** <mkline@omm.com>   Tue, Jan 29, 2013 at 11:27 AM
To: "kadams@toberoffandassociates.com" <kadams@toberoffandassociates.com>, "Petrocelli, Daniel" <dpetrocelli@omm.com>
Cc: "Seto, Cassandra" <cseto@omm.com>, "dharris@toberoffandassociates.com" <dharris@toberoffandassociates.com>, "parredondo@toberoffandassociates.com" <parredondo@toberoffandassociates.com>, "mtoberoff@toberoffandassociates.com" <mtoberoff@toberoffandassociates.com>, "rkendall@kbkfirm.com" <rkendall@kbkfirm.com>

Keith:

DC takes no position regarding defendants' request. We defer to the panel and its schedule.

Matt Kline

---

**From:** Keith Adams [mailto:kadams@toberoffandassociates.com]
**Sent:** Tuesday, January 29, 2013 11:01 AM
**To:** Petrocelli, Daniel; Kline, Matthew
**Cc:** Seto, Cassandra; David Harris <dharris@toberoffandassociates.com>; Pablo Arredondo <parredondo@toberoffandassociates.com>; Marc Toberoff <mtoberoff@toberoffandassociates.com>
**Subject:** DC Comics v. Pacific Pictures Corp., Appeal 12-57245

Counsel:

Please note that, pursuant to Circuit Rule 31-2.2(b) and the Clerk's January 14, 2013 directive, Appellants intend to file a motion to extend their time to file their opening brief and excerpts of record by 18 days, from February 15, 2013 to March 5, 2013. Additional time is required due to the importance of the issues involved, as well as counsel's calendar. Please let us know whether DC will oppose this procedural motion by the close of business today.

Sincerely,

Toberoff & Associates, P.C.
22337 Pacific Coast Highway, #348
Malibu, California 90256
(t) 310.246.3333
(f) 310.246.3101
toberoffandassociates.com

---

Toberoff & Associates, P.C. has changed its website and e-mail addresses. Please update your records accordingly.

---

This message and any attached documents may contain information from Toberoff & Associates, P.C. that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or otherwise use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

**Exhibit D**
**8**