UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 04 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

DC COMICS,

        Plaintiff - Appellee,

 v.

PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF; MARK WARREN PEARY, as personal representative of the Estate of Joseph Shuster; LAURA SIEGEL LARSON, individually and as personal representative of the Estate of Joanne Siegel; JEAN ADELE PEAVY,

        Defendants - Appellants.

No. 12-57245

D.C. No. 2:10-cv-03633-ODW-RZ
Central District of California,
Los Angeles

ORDER

Before: REINHARDT and THOMAS, Circuit Judges, and SEDWICK, District Judge.*

Appellants' motion for an 18-day extension of time to file the opening brief and excerpts of record is GRANTED. Appellants' opening brief and excerpts of record are due March 5, 2013. Appellee's answering brief is due April 2, 2013. Appellants' optional reply brief is due 14 days after service of the answering brief.

---

     \*     The Honorable John W. Sedwick, U.S. District Judge for the District of Alaska, sitting by designation.

In view, however, of Appellants' earlier representation that they would move for expedited consideration (D.E. 3) and their motion to assign the appeal to this panel (No. 11-56934, D.E. 56 at 10), the court will not look favorably on any further requests for extension of time.