# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

DC COMICS,

*Plaintiff – Appellee,*

v.

PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF; MARK WARREN PEARY, as personal representative of the Estate of Joseph Shuster; LAURA SIEGEL LARSON, individually and as personal representative of the Estate of Joanne Siegel; JEAN ADELE PEAVY,

*Defendants – Appellants.*

## APPELLANTS' REQUEST FOR JUDICIAL NOTICE

Appeal From The United States District Court for the Central District of California,
Case No. CV-10-03633 ODW (RZx), Hon. Otis D. Wright II

TOBEROFF & ASSOCIATES, P.C.
Marc Toberoff  (188547)
 *mtoberoff@toberoffandassociates.com*
Keith G. Adams (240497)
 *kadams@toberoffandassociates.com*
Pablo D. Arredondo (241142)
 *parredondo@toberoffandassociates.com*
22337 Pacific Coast Highway #348
Malibu, California 90265
Telephone:   (310) 246-3333
Facsimile:   (310) 246-3101

*Attorneys for Defendants-Appellants*

<u>**REQUEST FOR JUDICIAL NOTICE**</u>

Defendants-Appellants respectfully request that the Court take judicial notice of excerpts from two documents filed in the district court in the closely-related case of *Larson v. Warner Bros. Entm't et al.*, C.D. Cal. Case No. 04-CV-08400 ODW (RZx) ("*Siegel*"). The first document is the Second Amended Counterclaims, filed by DC Comics in *Siegel* on February 17, 2011. *Siegel*, Dkt. 646 (Ex. 1, "Counterclaims"). The second document is an opposition to Ms. Larson's motion for summary judgment, filed by DC Comics in *Siegel* on May 29, 2007. *Siegel*, Dkt. 181 (Ex. 2, "Opposition").

A central issue in the appeal before the Court is whether a 1992 Agreement between DC Comics and Jean Peavy and Frank Shuster, siblings of Superman co-creator Joseph Shuster, "revoked" or extinguished earlier grants that Joseph Shuster had made to DC's predecessor, Detective.

The *Siegel* Counterclaims and Opposition are directly relevant to this issue.

In its *Siegel* Counterclaims, DC represented to the Court that "All grants made by Siegel and Shuster or rights in Action Comics No. 1 are still in effect." Ex. 1 at ¶87. This representation is contrary to DC's present position that Shuster's 1938 grant was extinguished by the 1992 Agreement.

In its *Siegel* Opposition, DC relied on Shuster's early grants to Detective to argue that it co-owned the Superman copyright. Ex. 2 at int. pg. 17 (DC: "[T]he

Superman Notices purport to terminate Siegel's – but not Shuster's – participation in the copyright grants to Detective.  Therefore, even if the Superman Notices are effective, DC remains (through Shuster's unterminated interests) a co-owner of the copyrights….").

District court filings are the classic example of documents appropriate for judicial notice.  *See Trigueros v. Adams*, 658 F.3d 983, 987 (9th Cir. 2011); *Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 (9th Cir, 2006); *U.S. ex rel. Robinson Rancheria Citizens Council v. Borneo, Inc.*, 971 F.2d 244, 248 (9th Cir. 1992); Fed. R. Evid. 201(b) (judicial notice appropriate where accuracy "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned").

Defendants respectfully request that this Court take judicial notice of these two documents, copies of which are attached to this motion.

Dated:  March 6, 2013          TOBEROFF & ASSOCIATES, P.C.

/s/ Keith G. Adams

Keith G. Adams

Attorneys for Defendants-Appellants

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was served electronically by the Court's ECF system and by first class mail on those parties not registered for ECF pursuant to the rules of this court.

Dated:  March 6, 2013          TOBEROFF & ASSOCIATES, P.C.

/s/ Keith G. Adams

Keith G. Adams

Attorneys for Defendants-Appellants