Appeal No. 12-57245

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

DC COMICS,

*Plaintiff-Appellee*,

*v.*

PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF; MARK WARREN PEARY, as personal representative of the Estate of Joseph Shuster; LAURA SIEGEL LARSON, individually and as personal representative of the Estate of Joanne Siegel; JEAN ADELE PEAVY,

*Defendants-Appellants*.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
THE HONORABLE OTIS D. WRIGHT II, JUDGE
CASE NO. CV-10-3633 ODW (RZX)

**DC COMICS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE ANSWERING BRIEF**

DANIEL M. PETROCELLI
MATTHEW T. KLINE
CASSANDRA L. SETO
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, California 90067
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

*Attorneys for DC Comics*

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1, plaintiff-appellee DC Comics, by and through its counsel of record, hereby discloses that DC Comics is a New York general partnership comprised of Warner Communications Inc. and E.C. Publications, Inc., which are indirect, wholly-owned subsidiaries of Time Warner Inc., a Delaware corporation.  Time Warner Inc. is a publicly-held corporation that indirectly owns more than 10% of DC Comics.

Dated:  March 13, 2013          O'MELVENY & MYERS LLP

By: /s/ Daniel M. Petrocelli
Daniel M. Petrocelli
Attorney for DC Comics

## UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE ANSWERING BRIEF

Pursuant to Fed. R. App. P. 26(b) and Ninth Cir. Rule 31-2.2, Plaintiff-Appellee DC Comics respectfully moves for a 10-day extension of time to file its Answering Brief and supplemental excerpts of record, from April 2, 2013, to April 12, 2013.

Appellants requested and were granted an 18-day extension of time to file their Opening Brief. Docket No. 8-1; 9. DC has not requested any prior extensions, and had not intended to ask for any under the prior schedule, but the current April 2 due date conflicts with its and its counsels' family travel plans over the spring break holiday. Declaration of Daniel M. Petrocelli ¶ 2. DC is reluctant to seek this extra time given the Court's willingness to expedite this case and have it heard by the same panel that heard the last two Superman appeals, Docket No. 5, but, despite their diligence and given other case load demands, both counsel for DC and DC require a short extension of time to prepare DC's responsive brief.

Appellants do not oppose this motion, on the condition that if they seek an extra seven days to file their reply, DC will not oppose.

Dated: March 13, 2013       O'MELVENY & MYERS LLP

By: /s/ Daniel M. Petrocelli
Daniel M. Petrocelli
Attorney for DC Comics

2

## **DECLARATION OF DANIEL M. PETROCELLI**

I, Daniel M. Petrocelli, declare and state:

1.	I am a partner at O'Melveny & Myers LLP, counsel of record for plaintiff-appellee DC Comics in this case. I make this declaration in support of DC Comics' Unopposed Motion For An Extension Of Time To File Answering Brief. I have personal knowledge of the matters set forth in this declaration.

2.	I will be out of the country from March 29, 2013, to April 6, 2013, for a family vacation scheduled prior to the Court's order setting the current briefing schedule. My partner, Matt Kline, as well as our key client contacts at DC, also have out-of-town spring-break travel plans with their families, including a college tour, during the week of March 25, 2013. These travel plans and significant demands in our other cases make meeting the April 2, 2013, briefing deadline for DC's answering brief in this appeal difficult. Extending the deadline on DC's brief to April 12 would allow us to get the brief on file without adversely impacting our families' travel plans.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct. Executed this 13th day of March, 2013, at Los Angeles, California.

/s/ Daniel M. Petrocelli<br>Daniel M. Petrocelli

**CERTIFICATE OF COMPLIANCE PURSUANT TO FED. R. APP. P. 27(d)**

Pursuant to Federal Rules of Appellate Procedure 27(d) and 32(a), I certify that DC Comics' brief is proportionately spaced, has a typeface of 14 points or more, and does not exceed 10 pages.

Dated: March 13, 2013                     O'MELVENY & MYERS LLP

                                          By:   /s/ Daniel M. Petrocelli
                                                Daniel M. Petrocelli
                                                Attorney for DC Comics

## **CERTIFICATE OF SERVICE**

    I hereby certify that on March 13, 2013, I caused to be electronically filed DC Comics' Unopposed Motion For An Extension Of Time To File Answering Brief with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system. I certify that all interested parties in this case are registered CM/ECF users.

    I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on March 13, 2013, at Los Angeles, California.

                                                          /s/ Ashley Pearson
                                                             Ashley Pearson