**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAR 18 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DC COMICS, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF; MARK WARREN PEARY, as personal representative of the Estate of Joseph Shuster; LAURA SIEGEL LARSON, individually and as personal representative of the Estate of Joanne Siegel; JEAN ADELE PEAVY, <br><br> Defendants - Appellants. | No. 12-57245 <br><br> D.C. No. 2:10-cv-03633-ODW-RZ <br> Central District of California, <br> Los Angeles <br><br> ORDER |

Before: REINHARDT and THOMAS, Circuit Judges, and SEDWICK, District Judge.[*]

Appellee's unopposed motion for a 10-day extension of time to file its answering brief is GRANTED. Appellee's answering brief is due no later than April 12, 2013. Appellants' optional reply brief is due 14 days after service of the answering brief.

The court will entertain no further extensions of the briefing schedule.

---

[*] The Honorable John W. Sedwick, District Judge for the U.S. District Court for the District of Alaska, sitting by designation.

Oral argument in this case will be held at the Richard H. Chambers Courthouse in Pasadena, California, at 9:30 A.M. on May 23, 2013.