Appeal No. 12-57245
Hearing Date: May 23, 2013
Before: Stephen Reinhardt and Sidney R. Thomas, Circuit Judges,
and John W. Sedwick, District Judge

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

DC COMICS,

*Plaintiff-Appellee*,

*v.*

PACIFIC PICTURES CORPORATION; IP WORLDWIDE, LLC; IPW, LLC; MARC TOBEROFF; MARK WARREN PEARY, as personal representative of the Estate of Joseph Shuster; LAURA SIEGEL LARSON, individually and as personal representative of the Estate of Joanne Siegel; JEAN ADELE PEAVY,

*Defendants-Appellants*.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
THE HONORABLE OTIS D. WRIGHT II, JUDGE
CASE NO. CV-10-3633 ODW (RZX)

## DC COMICS' OPPOSITION TO
## APPELLANTS' REQUEST FOR JUDICIAL NOTICE

DANIEL M. PETROCELLI
MATTHEW T. KLINE
CASSANDRA L. SETO
O'MELVENY & MYERS LLP
1999 Avenue of the Stars
Los Angeles, California 90067
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

*Attorneys for DC Comics*

This Court should deny Appellants' request for judicial notice of two court filings DC made in related cases because Appellants forfeited the ability to rely on these documents in this appeal by never citing them or arguing their significance to the district court. *See Miles v. Ryan*, 691 F.3d 1127, 1143 n.19 (9th Cir. 2012) ("Because Petitioner did not raise this argument in the district court, he may not raise it for the first time on appeal."); *In re Oracle Secs. Litig.*, 627 F.3d 376, 386, n.1 (9th Cir. 2010) (denying request for judicial notice of testimony because "[t]he proper place to call attention to any such testimony was in front of the district court"); *accord Ctr. for Bio-Ethical Reform, Inc. v. City & County of Honolulu*, 455 F.3d 910, 918 n.3 (9th Cir. 2006).

"The forfeiture rule … applies equally to arguments, factual assertions, and legal theories that were not urged below." *Moore v. Czerniak*, 574 F.3d 1092, 1116 (9th Cir. 2009), *rev'd on other grounds*, 131 S. Ct. 733 (2011). Appellants neither raised nor argued the two alleged admissions they now cite in any of the three briefs or the hundreds of pages of material they submitted in connection with the parties' cross-motions for summary judgment now at issue on this appeal. The two documents they cite are not "new evidence"—DC served the pleadings at issue in 2007 and 2011, respectively—and "there was nothing preventing [Appellants] from making the argument to the district court [in 2012] that they now seek to make for the first time" on appeal. *Shotland v. City of Torrance*, 189 Fed. Appx.

1

615, 616 (9th Cir. 2006).  Because Appellants had every chance to present these documents to the district court, but failed to do so, their request for judicial notice should be denied.  *See id.*; *see also Barcamerica Int'l USA Trust v. Tyfield Imps., Inc.*, 289 F.3d 589, 593-94 (9th Cir. 2002) (striking such documents from appellate record).

If Appellant's request for judicial notice is not denied before DC's merits answering brief is due on April 12, 2013, DC will show in that brief why the two documents at issue are neither relevant nor contain the admissions that Appellants assert they do.

Dated:  March 18, 2013                                    O'MELVENY & MYERS LLP

                                                          By: /s/ Daniel M. Petrocelli
                                                              Daniel M. Petrocelli
                                                              Attorneys for DC Comics

2

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Federal Rules of Appellate Procedure 27(d) and 32(a), I certify that DC Comics' brief is proportionately spaced, has a typeface of 14 points or more, and does not exceed 10 pages.

Dated: March 18, 2013                O'MELVENY & MYERS LLP

By:   /s/ Daniel M. Petrocelli
        Daniel M. Petrocelli
        Attorney for DC Comics

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2013, I caused to be electronically filed DC Comics' Opposition To Appellants' Request For Judicial Notice with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system. I certify that all interested parties in this case are registered CM/ECF users.

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on March 19, 2013, at Los Angeles, California.

/s/ Ashley Pearson
Ashley Pearson
