APPELLATE CASE NO. 12-57245

# United States Court of Appeals
# For the Ninth Circuit

DC COMICS,

*Plaintiff-Appellee,*

v.

PACIFIC PICTURES CORPORATION, *et al.*,

*Defendant-Appellants.*

**APPELLANTS' MOTION TO EXTEND TIME TO FILE PETITION FOR REHEARING OR, IN THE ALTERNATIVE, REHEARING EN BANC**

Appeal From The United States District Court for the Central District of California, Otis D. Wright, District Court Judge, Case No. 10-CV-03633-ODW-RZx

TOBEROFF & ASSOCIATES, P.C.
Marc Toberoff
mtoberoff@ipwla.com
22337 Pacific Coast Highway #348
Malibu, California 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101

*Attorneys for Defendant-Appellants*
*Pacific Pictures Corporation; IP Worldwide, LLC;*
*IPW, LLC; Marc Toberoff; Mark Warren Peary,*
*as personal representative of the Estate of Joseph Shuster;*
*Laura Siegel Larson, individually and as personal*
*representative of the Estate of Joanne Siegel; Jean Adele Peavy .*

Pursuant to the Federal Rules of Appellate Procedure 35 & 40, and applicable Local Rules, Appellants hereby request that the Court grant a six day extension of time to file a Petition for Panel Rehearing Or, In The Alternative, Petition for Rehearing En Banc.

The current due date for such motion is December 5, 2013. Appellants hereby request a new due date of December 11, 2013.

Good cause exists for this brief extension due to an out-of-state trip of Appellants' counsel, Marc Toberoff, and his family, that was long ago booked for the Thanksgiving holiday, as further set forth in the concurrently filed declaration of Mr. Toberoff.

Plaintiff-Appellee DC Comics were notified of this motion and informed Appellants that they do not oppose the six day extension requested herein.

Respectfully Submitted,

Dated: November 21, 2013     /s/ Marc Toberoff
                             Marc Toberoff

                             TOBEROFF & ASSOCIATES, P.C.
                             Attorneys for Defendant-Appellants,
                             Pacific Pictures Corporation; IP Worldwide, LLC;
                             IPW, LLC; Marc Toberoff; Mark Warren Peary, as
                             personal representative of the Estate of Joseph
                             Shuster; Laura Siegel Larson, individually and as
                             personal representative of the Estate of Joanne
                             Siegel; Jean Adele Peavy.

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2013, I caused to be electronically filed the Motion to Extend Time to File Petition for Rehearing or in the Alternative Rehearing En Banc of Defendants-Appellants, Pacific Pictures Corporation; IP Worldwide, LLC; IPW, LLC; Marc Toberoff; Mark Warren Peary; Laura Siegel Larson and Jean Adele Peavy with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system. I certify that all interested parties in this case are registered CM/ECF users.

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on November 21, 2013, at Malibu, California.

/s/ Marc Toberoff
Marc Toberoff