APPELLATE CASE NO. 12-57245

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

_____

DC COMICS,

*Plaintiff-Appellee,*
v.
PACIFIC PICTURES CORPORATION, *et al.*,

*Defendant-Appellants.*

_____

**DECLARATION OF MARC TOBEROFF IN SUPPORT OF APPELLANTS'
MOTION TO EXTEND TIME TO FILE PETITION FOR REHEARING OR, IN
THE ALTERNATIVE, REHEARING EN BANC**

_____

Appeal From The United States District Court for the Central District of California,
Otis D. Wright, District Court Judge, Case No. 10-CV-03633-ODW-RZx

_____

TOBEROFF & ASSOCIATES, P.C.
Marc Toberoff
*mtoberoff@ipwla.com*
22337 Pacific Coast Highway #348
Malibu, California 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101

*Attorneys for Defendant-Appellants*
*Pacific Pictures Corporation; IP Worldwide, LLC;*
*IPW, LLC; Marc Toberoff; Mark Warren Peary,*
*as personal representative of the Estate of Joseph Shuster;*
*Laura Siegel Larson, individually and as personal*
*representative of the Estate of Joanne Siegel; Jean Adele Peavy*

## <u>DECLARATION OF MARC TOBEROFF</u>

I, Marc Toberoff, declare as follows:

1.      I am an attorney at and the principal of Toberoff & Associates, P.C. counsel of record for Defendants-Counter-Claimants-Appellants  Pacific Pictures Corp. *et al*.   I am a member in good standing of the State Bar of California and the United States Courts of Appeal for the Ninth Circuit.  I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently to such facts under oath.

2.     Appellants seek a short extension of time to file a Motion for Rehearing Or, In The Alternative, Rehearing En Banc from December 5, 2013 to December 11, 2013 pursuant to F.R.A.P. 35 (b), 40 (a), 26 (b) and Ninth Circuit Rules 35.1  and 40.1.  Appellants have not previously requested any extension of time to file such motion.

3.      On November 21, 2013, the Court entered judgment.  Pursuant to F.R.A.P. 35 (c) and 40 (a)(1), Appellants would have fourteen days to file a motion for rehearing or rehearing en banc, *i.e.,* until December 5, 2013, unless the time is extended by order.

4.      Prior to receiving notice of the Court's decision on November 21, 2013, I had booked a Thanksgiving holiday trip with my wife and four children to fly on Tuesday, November 26, 2013 from Los Angeles to Salt Lake City, returning

to work on Monday, December 2, 2013. My family traditionally takes this trip during the Thanksgiving holidays. All airfares and hotel accommodations were therefore booked months ago.

5.     My firm, Toberoff & Associates, P.C., is small, currently comprised of myself and one attorney. As we could not prepare an important motion like this in my absence, I would be required to cancel the entire family trip if an extension were not granted.

6.     On November 21, 2013, I was informed by Dan Petrocelli, attorney for Plaintiffs-Appellees, DC Comics, that they do not oppose this motion for an extension until December 11, 2013.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 21, 2013        /s/ Marc Toberoff
        Malibu, California

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2013, I caused to be electronically filed the Declaration of Marc Toberoff in Support of Appellants' Motion to Extend Time to File Petition for Rehearing or in the Alternative Rehearing En Banc of Defendants-Appellants, Pacific Pictures Corporation; IP Worldwide, LLC; IPW, LLC; Marc Toberoff; Mark Warren Peary; Laura Siegel Larson and Jean Adele Peavy with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system. I certify that all interested parties in this case are registered CM/ECF users.

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on November 21, 2013, at Malibu, California.

/s/ Marc Toberoff
Marc Toberoff