UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 21 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

DC COMICS,

        Plaintiff - Appellee,

v.

PACIFIC PICTURES CORPORATION; et al.,

        Defendants - Appellants.

No. 12-57245

D.C. No. 2:10-cv-03633-ODW-RZ
U.S. District Court for Central California, Los Angeles

**ORDER**

      Appellants' request for extension of time to file Petition For Rehearing and For Rehearing En Banc is granted. Petition For Rehearing and Suggestion For Rehearing En Banc is due on or before December 11, 2013.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Jessica F. Flores
Deputy Clerk