## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing letter to the Clerk of Court, United States Court of Appeals for the Ninth Circuit, dated December 13, 2013, requesting publication per 9th Cir. Rule 36-4, was served electronically by the Court's ECF system, and by first class mail on those parties not registered for ECF, pursuant to the rules of this Court.

Dated:  December 13, 2013     TOBEROFF & ASSOCIATES, P.C.

/s/ Marc Toberoff

Marc Toberoff