UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

JAN 31 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

DC COMICS,

        Plaintiff - Appellee,

v.

PACIFIC PICTURES CORPORATION; et al.,

        Defendants - Appellants.

No. 12-57245

D.C. No. 2:10-cv-03633-ODW-RZ
U.S. District Court for Central
California, Los Angeles

**MANDATE**

      The judgment of this Court, entered November 21, 2013, takes effect this date.

      This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                        FOR THE COURT:
                                        Molly C. Dwyer
                                        Clerk of Court

                                        Synitha Walker
                                        Deputy Clerk