# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

March 13, 2014

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MAR 17 2014

FILED_____
DOCKETED_____
DATE     INITIAL

Re: Pacific Pictures Corporation, et al.
v. DC Comics
Application No. 13A922
(Your No. 12-57245)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Kennedy, who on March 13, 2014, extended the time to and including June 5, 2014.

This letter has been sent to those designated on the attached notification list.

Sincerely,

**Scott S. Harris**, Clerk

by _[signature]_

Redmond K. Barnes
Case Analyst

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MAR 17 2014

FILED _____
DOCKETED _____
DATE

# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

NOTIFICATION LIST

Mr. Marc Toberoff
Toberoff & Associates, P.C.
22337 Pacific Coast Hwy
#348
Malibu, CA 90265


Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526