# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MAY 29 2014

FILED
DOCKETED

Scott S. Harris
Clerk of the Court
(202) 479-3011

May 21, 2014

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

    Re: Pacific Pictures Corporation, et al.
        v. DC Comics
        Application No. 13A922
        (Your No. 12-57245)

Dear Clerk:

The application for a further extension of time in the above-entitled case has been presented to Justice Kennedy, who on May 21, 2014, extended the time to and including June 20, 2014.

This letter has been sent to those designated on the attached notification list.

        Sincerely,

        **Scott S. Harris**, Clerk

        by *[signature]*

        Redmond K. Barnes
        Case Analyst

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MAY 29 2014

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

FILED
DOCKETED_____ DATE _____ INITIAL

Scott S. Harris
Clerk of the Court
(202) 479-3011

NOTIFICATION LIST

Mr. Marc Toberoff
Toberoff & Associates, P.C.
22337 Pacific Coast Hwy
#348
Malibu, CA 90265


Mr. Daniel M. Petrocelli
O'Melveny & Myers LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067


Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526