# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

June 23, 2014

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA  94103-1526


Re: Mark Warren Peary, as Personal Representative of the Estate of
Joseph Shuster
v. DC Comics
No. 13-1523
(Your No. 12-57245)


Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on June 20, 2014 and placed on the docket June 23, 2014 as No. 13-1523.


Sincerely,

**Scott S. Harris**, Clerk

by

Erik Fossum
Case Analyst